## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

ANDRES GOMEZ,

        Plaintiff,

v.

SHAKE SHACK INC.,

        Defendants.

Civil Action No. 1:20-cv-24413-CMA

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff Andres Gomez and Defendant Shake Shack Inc., parties to this legal action, by and through their attorneys, hereby jointly stipulate that this matter is dismissed without prejudice.

Dated:  December 11, 2020

Respectfully submitted

/s/ Alberto R. Leal
Alberto R. Leal, Esquire
Fla. Bar No.: 1002345
THE LEAL LAW FIRM, P.A.
8927 Hypoluxo Rd., #157
Lake Worth, FL 33467
Tel: 561-237-2740
al@thelealfirm.com

*Attorney for Plaintiff*

/s/ Monica L. Irel
Monica L. Irel, Esq.
Florida Bar No. 0142395
DENTONS US LLP
Capital Plaza
10700 N. Kendall Dr. Suite 303
Miami, Florida 33176
Tel: (305) 670-4843
Email: Monica.irel@dentons.com

*Attorney for Defendant Shake Shack, Inc.*